IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>THROUGH ITS AGENCY<br>a/k/a<br>SMALL BUSINESS ADMINISTRATION,<br><br>PLAINTIFF,<br><br>v.<br><br>RUDEN B. NORMAN,<br><br>DEFENDANT. | :<br>:<br>:<br>: COURT NO. 95-CV-2005<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

...oOo...

## CANCELLATION OF JUDGMENT

The Judgment in the above-entitled case has been cancelled. The Clerk of the United States Court for the District of Maryland is hereby authorized and empowered to cancel said judgment of record. Ruden B. Norman is hereby released from any statutory lien created by the Judgment filed in the District Court for the District of Maryland.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: *Ashley H. Hou* (signature)
Ashley H. Hou
Special Assistant U.S. Attorney
U.S. Small Business Admin.
10 S. Howard Street, 6th Fl.
Baltimore, Maryland 21201
(410)962-6195